UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Werner,

Plaintiff,

v. CIVIL 01-942 (MJD/JGL)

Executive Branch, et. al.

Defendants.

---

ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: June 11, 2001

Judge Michael J. Davis
United States District Court

JUN 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge Donald D. Alsop and Magistrate Judge Franklin L. Noel.

Werner vs. Executive Branch, et al

NEW CASE NUMBER 01-942 DDA/FLN

Use this case number for all further filings.