**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARTIN WERNER,

Plaintiff,

v.

EXECUTIVE BRANCH,
SENATOR PAUL WELLSTONE, et al.,

Defendants.

Civil No. 01-942 (DDA/FLN)

**ORDER**

---

The above-entitled action comes before the undersigned pursuant to a Report and Recommendation of Magistrate Judge Jonathan Lebedoff dated June 6, 2001. The action is one in which the Plaintiff, Martin Werner, has filed an "Application to Proceed Without Prepayment of Fees" by which he is seeking permission to proceed *in forma pauperis* as permitted by 28 U.S.C. § 1915(a)(1). The Magistrate Judge recommends the following:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), be DENIED;
2. Plaintiff's self-styled "motions," (Docket No. 3), be DENIED; and
3. This action be summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Plaintiff has filed with the Court his objections to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(c) and L.R. 72.1(c) the Court has made a *de novo* review of the issues presented. Based upon that review, the Court accepts and adopts the Report and Recommendations of the Magistrate Judge in their entirety.[1]

Based upon that review,

**IT IS ORDERED** as follows:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED;

---

[1]*See Haugen v. Sutherlin*, 804 F.2d 490 (8th Cir. 1986) for the procedure recommended by the Eighth Circuit Court of Appeals in connection with cases of this type.

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 29 2001
DEPUTY CLERK

2. Plaintiff's motions, (Docket No. 3), are DENIED;

3. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

4. The Clerk is ordered to enter judgment as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and the same hereby is, in all things DISMISSED.

DATED: June 29, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUN 29 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995